IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Delaware, Levorn

Printed: 9/25/07

Case Number: 07 B 05070
Judge: Wedoff, Eugene R
Filed: 3/21/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Ch 7 Conversion: June 28, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 300.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 283.80 |
| Trustee Fee: |  | 16.20 |
| Other Funds: |  | 0.00 |
| Totals: | 300.00 | 300.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Clerk of The US Bankruptcy Ct | Administrative | 25.00 | 25.00 |
| 2. | Robert J Semrad & Associates | Administrative | 2,424.00 | 258.80 |
| 3. | American General Finance | Unsecured | 274.75 | 0.00 |
| 4. | Capital One | Unsecured | 290.69 | 0.00 |
| 5. | T-Mobile USA, Inc | Unsecured | 96.84 | 0.00 |
| 6. | Capital One | Unsecured | 172.86 | 0.00 |
| 7. | World Financial Network Nat'l | Unsecured | 32.49 | 0.00 |
| 8. | Commonwealth Edison | Unsecured |  | No Claim Filed |
| 9. | KCA Financial Services | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 3,316.63 | $ 283.80 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 16.20 |
|  | _____ |
|  | $ 16.20 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Delaware, Levorn | Case Number: 07 B 05070 |
| | Judge: Wedoff, Eugene R |
| Printed: 9/25/07 | Filed: 3/21/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*/s/ Denise Ashley*